UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MCNICHOLAS & MCNICHOLAS, LLP, MATTHEW S. MCNICHOLAS, DOUGLAS D. WINTER, JUAN C. VICTORIA AND OMAR GOMEZ,<br><br>Defendants. | Case No.: CV 19-6101-DMG (Ex)<br><br>**ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE [63]** |

Based on the stipulation of Plaintiff Associated Industries Insurance Company and Defendants McNicholas & McNicholas, LLP, Matthew S. McNicholas, Douglas D. Winter, Juan C. Victoria, and Omar Gomez, this action is hereby dismissed <u>without</u> prejudice in its entirety.

**IT IS SO ORDERED**.

DATED: June 8, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE